# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIO SCIORTINO, *et al.*,

    Plaintiffs,

vs.

DANA MECUM, *et al.,*

    Defendants.

Case No. 2:10-cv-02254-RLH-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 29, 2010. Defendants filed a Motion to Dismiss (#6) on February 17, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of March, 2011.

                                                    _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge