PAUL H. SCHOFIELD
Nevada Bar No. 00114
**SCHOFIELD MILLER LAW FIRM**
8440 W. Lake Mead Blvd., Ste. 200
Las Vegas, NV 89128
Phone: (702) 474-4444
Facsimile: (702) 474-4449 (fax)
E-mail: phs@schofieldmillerlaw.com

Attorneys for Plaintiffs,
Mario Sciortino, Unique RV &
Auto Works, Inc., dba Unique Movie Cars

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| MARIO SCIORTINO, an individual, and UNIQUE RV & AUTO WORKS, INC., dba UNIQUE MOVIE CARS,<br><br>Plaintiffs,<br><br>vs.<br><br>DANA MECUM, an individual; MECUM AUCTION INC., dba MECUM AUCTIONS and/or assumed name MECUM AUCTION INC., and KEN PORTER AUCTION CO., and DOES I through X inclusive,<br><br>Defendants. | CASE NUMBER: 2:10-cv-02254<br><br><br><br>**STATUS REPORT** |

Plaintiffs, Mario Sciortino and Unique RV & Auto Works, Inc., and Defendants Dana Mecum, Mecum Auction, Inc. dba Mecum Auctions, Mecum Auction, Inc. and Ken Porter Auction Co., hereby submit to the Court the following Status Report in accordance with Minutes of Proceeding entered on 04/25/11.

The court in the above entitled matter stayed discovery until the Motion to

Dismiss, which is currently pending before the court, is decided or June 27, whichever first occurs.

As of the date of this Status Report, to wit, June 24, 2011, the parties have received no notice of a decision on the pending motion.

The parties are prepared to modify the Joint Discovery Plan and Scheduling Order and thereafter commence discovery.

Dated: June 24th, 2011.

SCHOFIELD MILLER LAW FIRM

_____
Paul H. Schofield
Nevada Bar No. 00114
8440 W. Lake Mead Blvd., Ste. 200
Las Vegas, NV 89128

*Attorney for Plaintiffs*

Dated: June 24th, 2011.

ALBRIGHT STODDARD WARNICK & ALBRIGHT

_____
D. Chris Albright
Nevada Bar No. 004904
801 S. Rancho Dr., Ste. D-4
Las Vegas, NV 89106

*Attorney for Defendants*

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: June 28, 2011.

- 2 -